Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the

Central District of California [▼]

CENTRAL DIVISION

| | | |
|---|---|---|
| GAIL NADINE BRADLEY, III<br>LINDA LEEK<br>JEFF REED<br>SEE LIST | ) ) ) ) ) ) ) ) | Case No. **'22 CV 1476 MMA JLB**<br>*(to be filled in by the Clerk's Office)* |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial: *(check one)* [✔]Yes [ ]No

-v-

STUDIO 15, HOUSING PARTNERS L.P.
H.U.D. HOUSING AND URBAN DEVELOPMENT
SAN DIEGO HOUSING COMMISSION
SEE LIST

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

FILED

Sep 29 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ cynthial          DEPUTY

# COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
## (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | GAIL NADINE BRADLEY, III |
| Street Address | 1475 IMPERIAL AVENUE # 254 |
| City and County | SAN DIEGO, COUNTY OF SAN DIEGO |
| State and Zip Code | CALIFORNIA 92101 |
| Telephone Number | 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 0R 619-971-7117 |
| E-mail Address | SPECIALKIND300@YAHOO.COM |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, ~lude the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA
CLASS ACTION
PLAINTIFF'S

| Name | | Number | | Phone |
|---|---|---|---|---|
| GAIL NADINE BRADLEY. III | | 254 | # | 619-810-5178 OR 619-971-7117 |
| JEFF REED | | 414 | # | 619-846-1337 |
| LINDA LEEK | | 522 | # | 619-966-7952 |
| KATIE PEARCE | | 524 | # | 619-622-1622 |
| SANDRA ORAND | | 570 | # | |
| GLEN RENFRO | | 470 | # | 619-496-1919 |
| BRANDI FREERICKS | | 526 | # | 858-466-7976 |
| DARYL CHANG | | 156 | # | 619-577-7810 |
| FREDERICK ALTMAN | | 553 | # | 619-723-3125 |
| JESUS ESTRO | | 555 | # | 760-300-6886 |
| ERICA ESPARZA | | 000 | # | 619-558-7615 |
| JOSEPH CRAWFORD | | 000 | # | 619-242-2122 |
| YOLANDA WILDIE | | 512 | # | 619-875-1483 |
| MARY | 407 | | # | 619-249-20?? |
| ASHLEY HOWARD | | 240 | # | 619-940-2491 |
| DENISE SALDANA PEREZ | | 536 | # | 619-246-9843 |
| STEPHANIE | | 000 | # | 619-386-1942 |

ALL OF THE ABOVE PLAINTIFF'S ADDRESS IS A FOLLOWS
PAST & PRESENT TENANTS -
STUDIO 15,
475 IMPERIAL AVENUE
SAN DIEGO, CALIFORNIA
92101

WE ANTICIPATE THE ADDITION OF 8, ADDITIONAL PLAINTIFF'S FOR SURE, POSSIBLY MORE. EACH PLAINTIFF AGREE ON THE COLLECTIVE ISSUES AS THE CAUSES OF ACTION.

# 1. BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING:
IN EVERY CONTRACT OR AGREEMENT THERE IS AN IMPLIED PROMISE OF GOOD FAITH AAND FAIR DEALING. THIS MEANS THAT EACH PARTY WILL NOT DO ANYTHING TO UNFAIRLY INTERFERE WITH THE RIGHT OF ANY OTHER PARTY TO RECEIVE THE BENEFITS OF THE CONTRACT ( OR IN OUR CASE LEASE); HOWEVER, THE IMPLIED PROMISE OF GOOD FAITH AND FAIR DEALING CANNOT CREATE OBLIGATIONS THAT ARE INCONSISTENT WITH THE TERMS OF THE CONTRACT. STUDIO 15, RESIDENTS CLAIMS THAT STUDIO 15, SOLARI, AFFIRMED HUD, VIOLATED THE DUTY TO ACT FAIRLY AND IN GOOD FAITH. TO ESTABLISH THIS CLAIM, STUDIO 15, RESIDENTS WILL PROVE THAT WE HAVE BEEN DEPRIVED OF PEACEFUL, ENJOYMENT OF THE RESIDENCE WE OCCUPY.
DEFENDANTS ARE AS FOLLOWS:
STUDIO 15, HOUSING PARTNERS L.P.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1

| | |
|---|---|
| Name | STUDIO 15, HOUSING PARTNERS L.P. |
| Job or Title *(if known)* | RUTH RIVIERA - MANAGER |
| Street Address | 1475 IMPERIAL AVENUE    MGRS OFF |
| City and County | SAN DIEGO,  COUNTY OF SAN DIEGO |
| State and Zip Code | CALIFORNIA. 92101 |
| Telephone Number | 619-546-7641 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | H.U.D. HOUSING & URBAN DEVELOPMEMT |
| Job or Title *(if known)* | |
| Street Address | 1122 BROADWAY SUITE 300 |
| City and County | SAN DIEGO, COUNTY OD SAN DIEGO |
| State and Zip Code | CALIFORNIA. 92101 |
| Telephone Number | 619- |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | SAN DIEGO HOUSING COMMISSION |
| Job or Title *(if known)* | |
| Street Address | 1122 BROADWAY. SUITE 300 |
| City and County | SAN DIEGO,  COUNTY OF SAN DIEGO |
| State and Zip Code | CALIFORNIA. 92101 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | SOLARI ENTERPRISES, INC |
| Job or Title *(if known)* | TECI MAYO.  REG MANAGER |
| Street Address | 1507 W YALE AVENUE |
| City and County | ORANGE,   LOS ANGELOS COUNTY |
| State and Zip Code | CALIFORNIA. 92101 |
| Telephone Number | |
| E-mail Address *(if known)* | |

475 IMPERIAL AVENUE – MGR OFF
SAN DIEGO, CALIFORNIA
                    92101

619=546-7841
RUTH RIVIERA
SOLARI ENTERPRISES, INC
507 W. YALE AVENUE
ORANGE, CA
                    92867
714-769-6855
TECI MAYO – REGIONAL MANAGER
AFFIRMED HOUSING, INC.
3520 EVENING CREEK DR. N
SAN DIEGO, CA
                    92108
858-679-9076
JAMES SILVERWOOD - C.E.O.
3520 EVENING CREEK DR. N.
SAN DIEGO, CA
                    92108
858-679-9076
HEATHER POLLOCK – AVERICK
DIR. SUP. HOUSING
13520 EVENING CREEK DR N.
SAN DIEGO, CALIFORNIA
                    92108
858-679-9076
KIMBALL, TIREY& ST JOHN
ATTORNEY'S AT LAW
7676 HAZARD CENTER DR. # 900
SAN DIEGO, CA  92108
619-234-1755
DEFENDANTS:
HUD
HOUSING & URBAN DEVELOPMENT
AFFORDABLE HOUSING MANAGER
1122  BROADWAY # 300
SAN DIEGO, CA
                    92101
619-578-7474
SAN DIEGO HOUSING COMMISSION
MANAGEMENT – LEGAL
1 22  BROADWAY # 300
SAN DIEGO, CA  92101

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the

State of *(name)* _____ .

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

2.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Gail Nadine Bradly, and the defendant,
*(name)* Studio 15, Solari Ent & Affiliate made an agreement or contract on
*(date)* 3-3-2020 The agreement or contract was *(oral or written)* [ ▾ ] . Under that
agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*
PROVIDE SAFE AND SECURE HOUSING AT AN AFFORDABLE RATE:  THIS HOUSING WAS TO BE FREE OF
BED BUGS, ROACHES.  THIS PROPERTY WAS TO BE SAFE ENVIRONMENT TO LIVE WITHOUT ANY THREAT
OF VIOLENCE OR FEAR OF LIVING.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*
THE DEFENDNTS FAILED TO PROVIDE SAFE Z7 SECURE HOUSING IN ITS ENTIRETY.  THIS PROPERTY
HAS BLCK MOLD THROUGH OUT... IT IS INFESTED WITH ROCHES AND BED BUGS.  THE PROPRTY HAS A
COUPLE OF LIVE IN DRUG DEALERS, PROSTITUTES ROAM THE HALLS ALLTIMES OF NIGHT

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE MANAGMENT NEEDS TO REINSTITUE THE TENANTS ASSOCIATION TO TRY TO SECURE THE PROPERTY.  THE MANAGMENT NEEDS TO HVE SEVERAL SECURITY GURDS ON STAFF TO TRY TO SECURE THE BUILDING. TENANTS SHOSULD BE ALLOWED TO ASSIST WITH THE IDENTIFICATION OF TRNSIENT SLEEPING OR SQUATTING IN THE BUILDING.

SEE LIST ATTACHED...

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9-29-22

Signature of Plaintiff

Printed Name of Plaintiff    Gail Nadine Brodley

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

619-578-7777 OR   619-578-7373

Causes of action
H.U.D. Violations which relate to Health issues
Black Mold
Bed Bugs -
Roaches
= an unsafe Federal building..

San Diego Housing

Proposed an answer to the covid 19, Job
issues. Since so many businesses were shut down
during the quarantine Period, They decided to assist
those who had issues, There was a beginning, However
no end date. For those that are assisting family
members maintain, receiving notice in August, that
you are responsible for May, June & July. Has
placed undue burden on many of the tenants
those that lost their Job & those that were assisting
a family member after losing their Job. Some of the
tenants will face eviction, not because no one found
it necessary to advise the tenants when the end date to
Prepare for,

| AO 430<br>(Rev. 04/13) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**CASE INFORMATION RECORD** | | PAGE NO. |
|---|---|---|---|

| DATE 15<br>09-08-2022 | TIME | OPERATOR | PHONE NUMBER<br>619-971-7117 | TAPE NUMBERS/COUNTER DIGITS |||
|---|---|---|---|---|---|---|
| | | | | FROM | TO ||

| CASE NUMBER | PRESIDING JUDGE |
|---|---|

| DISTRICT<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL | OFFICIAL'S TITLE |
|---|---|

OFFICIAL'S TITLE
- ☑ DISTRICT JUDGE
- ☐ OTHER *(Specify)*
- ☐ BANKRUPTCY JUDGE
- ☐ MAGISTRATE JUDGE

LOCATION
SAN DIEGO CALIFORNIA

TYPE OF PROCEEDING
CLASS ACTION - CIVIL UNLIMITED

JURY
YES ☑    NO ☐

- ☑ PLAINTIFF
- ☐ DEBTOR
- ☐ OTHER *(Specify)*
- ☐ GOVERNMENT

- ☑ DEFENDANT
- ☐ CREDITOR
- ☐ OTHER *(Specify)*

| CHANNEL | MICROPHONE | |
|---|---|---|
| 1 | A. Presiding Judicial Official<br>(J) | B. |
| 2 | A. Witness<br>(W) | B. |
| 3 | A. Plaintiff/Debtor/Government | B. |
| 4 | A. Defendant/Creditor | B. |

**APPEARANCES FOR THE**

| GOVERNMENT/PLAINTIFF/DEBTOR | | DEFENDANT/CREDITOR | |
|---|---|---|---|
| 1. ATTORNEY NAME | PHONE NUMBER | 1. ATTORNEY NAME | PHONE NUMBER |
| FIRM NAME | | FIRM NAME<br>KIMBALL TIREY & ST JOHN | |
| FOR PLAINTIFF/DEBTOR:<br>PRIMARY - GAIL NADINE BRADLEY, III | | FOR DEFENDANT/CREDITOR: | |
| ADDRESS<br>1475 IMPERIAL AVENUE # 254 | | ADDRESS<br>7676 HAZARD CENTER DR # 900 | |

| CITY<br>SAN DIEGO, CA | STATE<br>CA | ZIP CODE<br>92101 | CITY<br>SAN DIEGO, CA | STATE<br>CA | ZIP CODE<br>92108 |
|---|---|---|---|---|---|

| 2. ATTORNEY NAME<br>TO BE DETERMINED | PHONE NUMBER | 2. ATTORNEY NAME | PHONE NUMBER |
|---|---|---|---|
| FIRM NAME | | FIRM NAME | |
| FOR PLAINTIFF/DEBTOR: | | FOR DEFENDANT/CREDITOR:<br>HEATHER POLLOCK | |
| ADDRESS | | ADDRESS<br>13520 EVENING CREEK DR N | |

| CITY | STATE | ZIP CODE | CITY<br>SAN DIEGO, CA. | STATE<br>CA | ZIP CODE<br>92108 |
|---|---|---|---|---|---|

| 3. ATTORNEY NAME | PHONE NUMBER | 3. ATTORNEY NAME | PHONE NUMBER |
|---|---|---|---|
| FIRM NAME | | FIRM NAME | |
| FOR PLAINTIFF/DEBTOR: | | FOR DEFENDANT/CREDITOR:<br>JAMES SILVERWOOD | |
| ADDRESS | | ADDRESS<br>13520 EVENING CREEK ROAD | |

| CITY | STATE | ZIP CODE | CITY<br>SAN DIEGO, | STATE<br>CA | ZIP CODE<br>92108 |
|---|---|---|---|---|---|

UNITED STATES DISTRICT COURT
        , FOR THE
CENTRAL DISTRICT OF CALIFORNIA
CLASS ACTION
PLAINTIFF'S

| | | | |
|---|---|---|---|
| GAIL NADINE BRADLEY. III | 254 | # 619-310-5178 | OR 619-971-7117 |
| JEFF REED | 414 | # 619-846-1337 | |
| LINDA LEEK | 522 | # 619-966-7952 | |
| KATIE PEARCE | 524 | # 619-622-1622 | |
| SANDRA ORAND | 570 | # | |
| GLEN RENFRO | 470 | # 619-496-1919 | |
| BRANDI FRERICKS | 526 | # 858-466-7976 | |
| DARYL CHANG | 156 | # 619-577-7810 | |
| FREDERICK ALTMAN | 553 | # 619-723-3125 | |
| JESUS ESTRO | 555 | # 760-300-6886 | |
| ERICA ESPARZA | 000 | # 619-558-7615 | |
| JOSEPH CRAWFORD | 000 | # 619-242-2122 | |
| YOLANDA WILDIE | 512 | # 619-875-1483 | |
| MARY | 407 | # 619-249-2052 | |
| ASHLEY HOWARD | 240 | # 619-940-2491 | |
| DENISE SALDANA PEREZ | 536 | # 619-246-9843 | |
| STEPHANIE | 000 | # 619-386-1942 | |

ALL OF THE ABOVE PLAINTIFF'S ADDRESS IS A FOLLOWS
PAST & PRESENT TENANTS -
STUDIO 15,
1475 IMPERIAL AVENUE
SAN DIEGO, CALIFORNIA
          92101
WE ANTICIPATE THE ADDITION OF 8, ADDITIONAL PLAINTIFF'S FOR SURE, POSSIBLY
MORE. EACH PLAINTIFF AGREE ON THE COLLECTIVE ISSUES AS THE CAUSES OF
ACTION.
# 1. BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING:
IN EVERY CONTRACT OR AGREEMENT THERE IS AN IMPLIED PROMISE OF GOOD FAITH
AAND FAIR DEALING. THIS MEANS THAT EACH PARTY WILL NOT DO ANYTHING TO
UNFAIRLY INTERFERE WITH THE RIGHT OF ANY OTHER PARTY TO RECEIVE THE
BENEFITS OF THE CONTRACT ( OR IN OUR CASE LEASE); HOWEVER, THE IMPLIED
PROMISE OF GOOD FAITH AND FAIR DEALING CANNOT CREATE OBLIGATIONS THAT
ARE INCONSISTENT WITH THE TERMS OF THE CONTRACT. STUDIO 15, RESIDENTS
CLAIMS THAT STUDIO 15, SOLARI, AFFIRMED HUD, VIOLATED THE DUTY TO ACT
FAIRLY AND IN GOOD FAITH. TO ESTABLISH THIS CLAIM, STUDIO 15, RESIDENTS
WILL PROVE THAT WE HAVE BEEN DEPRIVED OF PEACEFUL, ENJOYMENT OF THE
RESIDENCE WE OCCUPY.
DEFENDANTS ARE AS FOLLOWS:
STUDIO 15, HOUSING PARTNERS L.P.

1475 IMPERIAL AVENUE – MGR OFF
SAN DIEGO, CALIFORNIA
92101

619=546-7841
RUTH RIVIERA
SOLARI ENTERPRISES, INC
1507 W. YALE AVENUE
ORANGE, CA
92867

714-769-6855
TECI MAYO – REGIONAL MANAGER
AFFIRMED HOUSING, INC.
13520 EVENING CREEK DR. N
SAN DIEGO, CA
92108

858-679-9076
JAMES SILVERWOOD  - C.E.O.
13520 EVENING CREEK DR. N.
SAN DIEGO, CA
92108

858-679-9076
HEATHER POLLOCK – AVERICK
DIR. SUP. HOUSING
13520 EVENING CREEK DR N.
SAN DIEGO, CALIFORNIA
92108

858-679-9076
KIMBALL, TIREY& ST JOHN
ATTORNEY'S AT LAW
7676 HAZARD CENTER DR. # 900
SAN DIEGO, CA  92108
619-234-1755
DEFENDANTS:
HUD
HOUSING & URBAN DEVELOPMENT
AFFORDABLE HOUSING MANAGER
1122  BROADWAY # 300
SAN DIEGO, CA
92101

619-578-7474
SAN DIEGO HOUSING COMMISSION
MANAGEMENT – LEGAL
1122  BROADWAY # 300
SAN DIEGO, CA  92101

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question              [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

H.U.D. IS A FEDERALLY FUNDED GOVERNMENT AGENCY WHICH SUPPLEMENTS RENTS FOR LOW INCOME, AFFORDABLE HOUSING & BUILDINGS THAT OCCUPY PERSONS FROM VARIOUS GOVERNMENT PROGRAMS.  SEVERAL UESTIONS AS TO THE LAWS THAT ARE IN QUESTION OF CALIFORNIA STATUE.. AFFORDABLE HOUSING SHOULD NOT PUT THE TENANTS AT RISK ?

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: $500,000.00 DISTRIBUTING THROUGHOUT THE BUILDING ALONG WITH THE HELP IN PLACING HOMELESS IN SOBER LIVING PROPERTIES TO GET THEM OFF THE STREET. ASSISTANCE FOR SSI, JOBS ETC. THE CURRENT STRUCTURE IS NOT WORKING AS THE DEGREES DOES OT KNOW WHAT IT TAKES TO GET THESE PEOPLE OFF THE STREET??

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

WHILE IN AN UNSAFE ENVIROMENT, I'VE SUSTAINED TIRES SLASHED THREE TIMES, WINDOWS BROKEN OUT, VANDALISM TO THE INTERIOR OF BOTH MY VEHICLE., ONE SO BD IT IS STILL SITTING UP. ALL OF THIS BECAUSE I WANT A BETTER PLACE TO LIVE, NO SPECIES ON THE FLOOR, IN ELEVATOR, DRUGS SOLD THROUGHOUT THE BUILDING, PROSTITUTES SNEAKING IN AND OUT. TENANTS SELLING FLOOR SPACE FOR DRUGGIES TO COME IN TO GET HIGH. OUR SECURITY IS IN THE GARAGE SMOKING DOPE.. THEY ARE NOT KEEPING ANYONE OUT OF THE BUILDING.. MY DOG WAS MALLED BY A GREY AND WHITE 50ILB BULL DOG, HE WEIGHS 17IBS..

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I WANT MY RENT SUBSIDIZED, I MUST GET OUT OF HERE. I'M GOING TO HAVE A NERVOUS BREAK DOWN. I GET ON THE ELEVATOR TO GUYS SHOWING ME PIPES TO GO GET HIGH IN MY APT WITH THEM, ITS UNNERVING TO BE FOLLOWED WHILE TRYING TO KEEP YOUR COMPOSURE. EACH OF THE TENANTS THAT WANT TO MOVE SHOULD BE SUSIDIZED. TENANTS ASSOCIATION REVIVED ALLOWED TO ASSIST WITH THE SECURITY OF THE BUILDING.DISCHARGE CURRENT SECURITY & HIRE FOR THREE MONTHS GUARDS WITH GUNS TO SECURE THE BUILDING. STOP THE TRANSIT EVICT THOSE THAT DON'T WANT TO CONFORM, CHARGE STUDIO 15, & SOLARI WITH PUNITIVE

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          09-09-2022

Signature of Plaintiff

Printed Name of Plaintiff     GAIL NADINE BRADLEY III

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address